UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PEARSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>WARDEN,<br><br>　　　　　Respondent. | Case No. CV 09-7305 PA(JC)<br><br><br>JUDGMENT |

Pursuant to the Court's Order (1) Denying Request for Extension of Time to File Petition for Writ of Habeas Corpus ("Petitioner's Request"); and (2) Dismissing Case without Prejudice, IT IS HEREBY ADJUDGED THAT Petitioner's Request is denied and this case is dismissed without prejudice.

DATED:　　October 16, 2009

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE